**Order entered May 16, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01458-CV

**URBAN LEAGUE OF GREATER DALLAS AND NORTH CENTRAL TEXAS, Appellant**

**V.**

**LARRY SHAWN D/B/A FIX MY PHONE BILL, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06156**

## ORDER

Before the Court is appellant's May 12, 2016 Expedited Motion to Reverse April 12, 2016 Order Upholding Order of Dismissal for Want of Jurisdiction in which appellant requests that we revisit our order denying reconsideration of the dismissal of this appeal for want of jurisdiction. We **DENY** the motion.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE